UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) Case No.: 4:09-cr-267 CAS (TCM) | |
| ) | |
| ROBERT WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

MOTION:
Granted ✓
Denied _____
Overruled _____
Date _____
[signature] 4/21/09

Motions Due: 5/8/09
Gov't. Response: 5/12/09
Evidentiary Hear: 5/15/09
9:30 A.M.

### DEFENDANT'S FIRST MOTION TO EXTEND THE TIME IN WHICH TO FILE PRETRIAL MOTIONS AND TO CONTINUE THE EVIDENTIARY HEARING

COMES NOW Defendant, Robert Williams, by and through counsel, and moves this Court to (i) extend the time in which to file pretrial motions by a period of 20 days and (ii) continue the evidentiary hearing to a date of its choice. In support of this motion, Defendant states as follows:

1. Counsel entered his appearance on behalf of Defendant on March 27, 2009.

2. Counsel received initial discovery from the government following Defendant's arraignment on April 8, 2009, nine days ago.

3. Pursuant to the order of this Court, Defendant's pretrial motions are due today.

4. Counsel, however, has not had sufficient time in the last nine days to review Defendant's discovery, confer with Defendant regarding the same, and complete the investigation necessary in this case to advise Defendant whether or not it is in his best interest to pursue any of the pretrial motions available to him.